## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH TEAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:11-CV-191 SNLJ(FRB)** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED**  that the report and recommendation of United States Magistrate Judge Frederick R. Buckles, (#18), filed March 18, 2013, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is DENIED and that Judgment shall be entered in favor of Defendant.

Dated this  _2nd_  day of April, 2013.

_____

UNITED STATES DISTRICT JUDGE